O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL BAKER, | ) | CASE NO. CV 13-00191 JLS (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| R. NAZIR, OKAZAKI, FAREED | ) | |
| AHMAD, FRANK LYGA, | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: March 17, 2014

JOSEPHINE L. STATON
_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE